IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BISMARCK SCHOOL DISTRICT NO. 25;
OUACHITA SCHOOL DISTRICT; and
GLEN ROSE PUBLIC SCHOOLS                                              PLAINTIFFS

v.                              Case No. 6:15-cv-6108

SYKES ENTERPRISES, INCORPORATED
d/b/a SYKES ENTERPRISES                                               DEFENDANT

**ORDER**

Before the Court is Defendant's Motion for a More Definite Statement. (ECF No. 7). Plaintiffs have filed a Response. (ECF No. 9). Defendant has filed a Reply. (ECF No. 13).

Defendant asserts that Plaintiff's claims in the Amended and Substituted Complaint are so vague and ambiguous that Defendant cannot reasonably prepare a response. Defendant requests a more definite statement of the Amended and Substituted Complaint pursuant to Rule 12(e) of the Federal Rules of Civil Procedure. The Court finds that Plaintiffs' Amended and Substituted Complaint is not so vague or convoluted as to be unintelligible, and Defendant can adequately prepare a response.

Accordingly, Defendant's Motion for a More Definite Statement (ECF No. 7) is **DENIED**.

**IT IS SO ORDERED**, this 21st day of April, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge