IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BISMARCK SCHOOL DISTRICT NO. 25;
OUACHITA SCHOOL DISTRICT; and
GLEN ROSE PUBLIC SCHOOLS                                                        PLAINTIFFS

v.                                      Case No. 6:15-cv-6108

SYKES ENTERPRISES, INCORPORATED
d/b/a SYKES ENTERPRISES                                                         DEFENDANT

**ORDER**

Before the Court is a Stipulation of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Rule 41(a)(1)(A)(ii) states that a Plaintiff may voluntarily dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Accordingly, all claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge